**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-cv-80922-BLOOM/Reinhart**

JUAN YEPES, individually and on behalf
of all others similarly situated,

        Plaintiff,

vs.

SCHWAN'S HOME SERVICE, INC.,

        Defendant.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Juan Yepes, and Defendant, Schwan's Home Service, Inc., having amicably resolved all matters in controversy between them, jointly stipulate to a Dismissal with Prejudice, with each party to bear their own attorneys' fees and costs, and request the Court enter the attached Order of Dismissal.

Respectfully submitted this 25th day of September, 2018:

| | |
|---|---|
| By: s// Andrew J. Shamis<br>Andrew J. Shamis (FL Bar No. 101754)<br>SHAMIS & GENTILE, P.A.<br>14 NE 1st Avenue, Suite 400<br>Miami, FL 33132<br>Telephone:  305-479-229<br>ashamis@shamisgentile.com<br>*Counsel for Plaintiff*<br><br>*(Executed electronically by filing attorney with Attorney Shamis' permission)* | By: s// Spencer H. Silverglate<br>Spencer H. Silverglate (FL Bar No. 769223)<br>CLARKE SILVERGLATE, P.A.<br>799 Brickell Plaza, Suite 900<br>Miami, FL 33131<br>Telephone:  305-377-0700<br>ssilverglate@cspalaw.com<br>mpedraza@cspalaw.com<br>*Counsel for Defendant*<br><br>Thomas M. Schehr (MI Bar No. P54391)<br>Andrew J. Kolozsvary (MI Bar No. P68885)<br>DYKEMA GOSSETT PLLC<br>400 Renaissance Center<br>Detroit, MI 48243<br>(313) 568-6800<br>tschehr@dykema.com<br>akolozsvary@dykema.com<br>*Co-counsel for Defendant*<br>*(Admitted pro hac vice)* |